JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUKE DELGADILLO GARCIA, | ) | Case No.: CV 16-6620-DMG (KSx) |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER DISMISSING ACTION** |
| | ) | **WITH PREJUDICE [12]** |
| CALIFORNIA EXPANDED METAL PRODUCTS COMPANY, a California corporation. | ) ) ) ) | |
| Defendant. | ) ) | |

1  Good cause appearing, and the parties having stipulated and agreed,
2  IT IS HEREBY ORDERED that Plaintiff Luke Delgadillo Garcia's claims
3  against Defendant California Expanded Metal Products Company, as set forth in the
4  Notice and Complaint filed in the above-captioned action, are hereby dismissed with
5  prejudice consistent with the terms of the Consent Decree that is attached to the
6  parties' stipulation as Exhibit 2 [Doc. # 12-2].
7  IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the
8  parties through January 10, 2019, for the sole purpose of resolving any disputes
9  between the parties with respect to any provision of the Settlement Agreement, or
10 through the conclusion of any proceeding to enforce the Settlement Agreement
11 initiated prior to January 10, 2019, or until the completion of any payment or
12 affirmative duty required by the Settlement Agreement.
13 PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 10, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE